

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of         Case Number:

USA v. Daniel Rodriguez      08 CR 509
                             08 CV 509

**FILED**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Daniel Rodriguez

JUN 2 5 2008
6-25-08
MAGISTRATE JUDGE ARLANDER KEYS
UNITED STATES DISTRICT COURT

| | |
|---|---|
| **NAME** (Type or print) | Jerry Bischoff |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) | s/ [signature] |
| **FIRM** | Law Office of Jerry Bischoff |
| **STREET ADDRESS** | 35 E. Wacker Drive, Suite 650 |
| **CITY/STATE/ZIP** | Chicago IL 60601 |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) | 6197011 |
| **TELEPHONE NUMBER** | (312) 853-2167 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |