# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 509 | **DATE** | 7/1/2008 |
| **CASE TITLE** | USA vs. Daniel Rodriguez | | |

**DOCKET ENTRY TEXT**

The Defendant waives his right to Preliminary Examination, Enter a finding of probable cause. The defendant is ordered bound to the District Court for further proceedings. Detention hearing held. The defendant will be placed on home monitoring with curfew from 7:00 a.m. to 7:00 p.m. Without monitoring pursuant to the discussion held in open court. The purpose of the curfew is only so that defendant may work from 7:00 a.m. to 7:00 p.m. The defendant is ordered released.

Docketing to mail notices.

00:09

| | Courtroom Deputy Initials: | AC |
|---|---|---|