UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | No.   08 CR 509 |
| | ) | Honorable Arlander Keys |
| **DANIEL RODRIGUEZ** | ) | |
| | ) | |
| **Defendant.** | ) | |

## CERTIFICATE OF SERVICE

_____ The undersigned attorney hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

**DEFENDANT'S MOTION FOR MODIFICATION OF
CONDITIONS OF PRE-TRIAL RELEASE**

were served pursuant to the district court's ECF system as to ECF filers on July 10, 2008.

                                          Respectfully submitted,

                                By:   s/Jerry D. Bischoff
                                            Jerry D. Bischoff

Jerry D. Bischoff
Attorney at Law
35 E. Wacker Drive
Suite 650
Chicago, Illinois 60601
(312) 853-2167