UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | No.   08 CR 509 |
| | ) | Honorable Arlander Keys |
| **DANIEL RODRIGUEZ** | ) | |
| | ) | |
| **Defendant.** | ) | |

## AGREED MOTION FOR MODIFICATION OF
## CONDITIONS OF PRETRIAL RELEASE

NOW COMES the defendant, DANIEL RODRIGUEZ, by and through his attorney, JERRY BISCHOFF, respectfully moves this Honorable Court to enter an order modifying the conditions of his pre-trial release.

In support thereof the defendant states as follows:

1. Pursuant to an Order entered on July 1, 2008 by Magistrate Judge Arlander Keys, the defendant was released on a ten thousand dollar unsecured bond. One of the conditions of that bond imposed a curfew on the defendant which required him to be home from 7 p.m. until 7 a.m.

2. That since his release on this unsecured bail the defendant has received a job opportunity at Staffing Network which would require him to begin at 7 a.m.

3. Pre-Trial Services Officer Victor Alvarez has verified the employment offer and has no objection to a modification of the defendant's curfew in order to allow him to leave earlier in the morning for work.

4. Assistant United States Attorney Samuel Cole has also been informed of the defendant's opportunity and has no objection to a modification of defendant's curfew.

5. Defendant now seeks to have his curfew modified from 7 a.m. to 7 p.m. to 6 a.m. to 7 p.m.

WHEREFORE, Defendant, DANIEL RODRIGUEZ, requests that this Honorable Court

modify his conditions of Pretrial release to enable him to leave his residence for work at 6 a.m.

                                                          Respectfully submitted,

                                                          Jerry D. Bischoff
                                                          Attorney for Daniel Rodriguez

Jerry D. Bischoff
Attorney at Law
35 E. Wacker Drive
Suite 650
Chicago, Illinois 60601
(312) 853-2167
Atty #6197011

.      The defendant is making progress in resolving this matter