UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | No.    08 CR 509 |
| | ) | Honorable Arlander Keys |
| **DANIEL RODRIGUEZ** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF FILING

To:   Samuel Cole
      Assistant United States Attorney
      219 S. Dearborn Street
      Chicago, Illinois 60604

   PLEASE TAKE NOTICE that on July 18, 2008 at 9:00 a. m., I will appear before the Honorable Judge Arlander Keys in courtroom 2230 at 219 S. Dearborn Ave and present the attached Motion to Modify Conditions of Pretrial Release, a copy of which is hereby served upon you.


                                        Respectfully submitted,


                                        s/: Jerry Bischoff
                                           Jerry Bischoff
                                           35 E. Wacker Drive, Suite 650
                                           Chicago, IL 60601
                                           (312) 853-2167