## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 509 | **DATE** | 7/15/2008 |
| **CASE TITLE** | USA vs. Daniel Rodriguez | | |

**DOCKET ENTRY TEXT**

The Parties' agreed motion for modification of conditions of pretrial release for the Defendant Daniel Rodriguez is granted. The Defendant's curfew is modified from 7 a.m. to 7 p.m. to 6 a.m. to 7 p.m. The defendant may leave his residence at 6:00 a.m. for work only and must return home by 7:00 p.m.

Docketing to mail notices.

00:09

| | Courtroom Deputy Initials: | AC |
|---|---|---|

U.S. DISTRICT COURT
2008 JUL 15 PH 3: 21
FILED