UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 08 CR 509 |
| | ) | |
| v. | ) | Hon. James F. Holderman |
| | ) | Chief Judge |
| DANIEL RODRIGUEZ | ) | |

**GOVERNMENT'S FIRST AGREED MOTION
FOR AN EXTENSION OF TIME IN WHICH TO SEEK
THE RETURN OF AN INDICTMENT OR TO FILE AN INFORMATION**

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully moves this Court under 18 U.S.C. § 3161(h)(8)(A) & (B) for an extension of time in which to return an indictment or file an information in this case from July 24, 2008, until and including August 26, 2008. In support of this motion, the government states as follows:

1.   This is a grand jury investigation into Daniel Rodriguez' ("the defendant") alleged distribution of cocaine base. Specifically, the government charged the defendant with, on or about June 24, 2008, distributing cocaine base to a cooperating witness. The government is continuing to investigate whether he engaged in a conspiracy to distribute cocaine base. Defendant was arrested June 24, 2008. The investigation resulted in the filing of a criminal complaint against the defendant on June 25, 2008. Defendant had his initial appearance the same day. Defendant waived preliminary examination and was released on bond on July 1, 2008.

2.   The Speedy Trial Act requires that an indictment or information be filed within 30 days of the date of a defendant's arrest. 18 U.S.C. § 3161(b). Accordingly, the deadline for the filing of an indictment or information is presently July 24, 2008.

3.      The government has provided early discovery to the defendant and anticipates providing additional discovery the week of July 21, 2008.

4.      The Speedy Trial Act permits the extension of time to return an indictment "upon the request of the attorney for the government if the Court finds that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(8)(A). Among the non-exclusive factors a court may consider are:

    a.      Whether the failure to grant such a continuance in the proceeding would be likely to make a continuation of such proceeding impossible, or result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(B)(I);

    b.      Whether, in a case in which arrest precedes indictment, delay in the filing of the indictment is caused because the arrest occurs at a time such that it is unreasonable to expect return and filing of the indictment within the period specified in section 3161(b), or because the facts upon which the grand jury must base its determination are unusual or complex. 18 U.S.C. § 3161 (h)(8)(B)(iii); and

    c.      Whether the failure to grant such a continuance in a case, which, taken as a whole, is not so unusual or so complex as to fall within clause (ii), would deny the attorney for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(8)(B)(iv).

5.      The government is investigating additional subjects in connection with this investigation and desires, if possible, to charge additional subjects at the time it presents an indictment to the grand jury. However, additional time is required to complete its investigation as to additional subjects. Allowing additional time could conserve grand jury

resources by avoiding the need for the government to supersede at a later time. For this reason, coupled with the fact that defendant has been provided with early discovery, it is in the interests of justice to grant the relief requested herein.

6.  Thus, it is in the interests of justice to extend the indictment deadline in this case 33 days, from the current expiration date of July 24, 2008, to and including August 26, 2008.

7.  The undersigned has spoken with defendant's attorney, Jerry Bischoff, and he has stated that he has no objection to the requested extension.

WHEREFORE, the United States respectfully requests a 33-day extension of time from July 24, 2008, to and including August 26, 2008, in which to seek an indictment in this case.

                            Respectfully submitted.

                            PATRICK J. FITZGERALD
                            United States Attorney

By:   *s/ Samuel B. Cole*
       SAMUEL B. COLE
       Assistant United States Attorney
       219 South Dearborn Street, 5th Floor
       Chicago, IL 60604
       (312) 353-4258

Dated: July 22, 2008

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following document:

**GOVERNMENT'S FIRST AGREED MOTION
FOR AN EXTENSION OF TIME IN WHICH TO SEEK
THE RETURN OF AN INDICTMENT OR TO FILE AN INFORMATION**

was served on July 22, 2008, in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing pursuant to the district court's Electronic Case Filing (ECF) system as to ECF filers.

                    By:        *s/ Samuel B. Cole*
                              SAMUEL B. COLE
                              Assistant United States Attorneys
                              219 South Dearborn
                              Chicago, Illinois  60604
                              (312) 252-4258

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 08 CR 509 |
| | ) | |
| v. | ) | Hon. James F. Holderman |
| | ) | Chief Judge |
| DANIEL RODRIGUEZ | ) | |

**<u>AGREED ORDER</u>**

Upon the Government's Motion, under Title 18, United States Code, Section 3161(h)(8)(A) & (B), for an extension of time in which to return an indictment in the above-captioned cause,

IT IS HEREBY ORDERED that the time within which to file an indictment against the defendant be extended from July 24, 2008 to and including August 26, 2008. Specifically, this Court finds that the ends of justice served by the extension outweigh the best interests of the public and the defendants in a speedy trial for the reasons set forth in the motion and the Attachment accompanying the motion.

ENTERED:


JAMES F. HOLDERMAN
Chief Judge

Dated: _____