UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

UNITED STATES OF AMERICA
                                         Plaintiff,
v.                                                    Case No.: 1:08−cr−00509
                                                      Honorable Arlander Keys
Daniel Rodriguez
                                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 22, 2008:

    MINUTE entry before the Honorable James F. Holderman dated 7/22/08:Government's first agreed Motion for an extension of time [15] to seek the return of an indictment or file an information from 7/24/08, until and including 8/26/08 is granted as to Daniel Rodriguez (1). Motion terminated. Time is excluded pursuant to 18:3161(h(8)(A) & (B) in the interest of justice from 7/24/08 to ad including 8/26/08. Enter Order. Judicial staff mailed notice (gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.