FILED
08-26-08
AUG 2 6 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08 CR 509    JUDGE JOHN W DARRAH |
| | ) | |
| v. | ) | MAGISTRATE JUDGE KEYS |
| | ) | |
| DANIEL RODRIGUEZ, and | ) | Violations: Title 21, United States Code, |
| CARLOS GORDON | ) | Sections 846 and 841(a)(1) and Title 18, |
| | ) | United States Code, Section 2 |

### COUNT ONE

The SPECIAL FEBRUARY 2008-1 GRAND JURY charges:

On or about June 24, 2008, at Bolingbrook and elsewhere, in the Northern District of Illinois, Eastern Division,

DANIEL RODRIGUEZ and
CARLOS GORDON,

defendants herein, did conspire with each other and with others known and unknown to the Grand Jury, knowingly and intentionally to distribute and to possess with intent to distribute 50 grams or more of mixtures containing cocaine base in the form of crack cocaine, a Schedule II Narcotic Drug Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1);

All in violation of Title 21, United States Code, Section 846.

1

## COUNT TWO

The SPECIAL FEBRUARY 2008-1 GRAND JURY further charges:

On or about June 24, 2008, at Bolingbrook and elsewhere, in the Northern District of Illinois, Eastern Division,

> DANIEL RODRIGUEZ and
> CARLOS GORDON

defendants herein, did knowingly and intentionally possess with intent to distribute 50 grams or more of mixtures containing cocaine base in the form of crack cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.


A TRUE BILL:


_____
FOREPERSON


_____
UNITED STATES ATTORNEY