

FILED
08-26-08
AUG 2 6 2008

**08CR 509**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT  JUDGE JOHN W DARRAH
NORTHERN DISTRICT OF ILLINOIS

MAGISTRATE JUDGE KEYS

DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? **YES**
If the answer is "Yes", list the case number and title of the earliest filed complaint:
**08 CR 509, United States v. Daniel Rodriguez**,   Keys

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations? **NO**
If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information? **NO**
If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? **NO**
If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District? **NO**

6) What level of offense is this indictment or information? **FELONY**

7) Does this indictment or information involve eight or more defendants? **NO**

8) Does this indictment or information include a conspiracy count? **YES**

9) Identify the type of offense that describes the count, other than any conspiracy count, with the most severe penalty:
**DAPCA Narcotics (III)**

10) List the statute of each of the offenses charged in the indictment or information.
**Title 21 USC Sections 846 and 841(a)(1) and Title 18 USC Section 2**

Samuel B. Cole
Assistant United States Attorney