Minute Order Form (06/97)

# United States District Court, Northern District of Illinois
## MAGISTRATE JUDGE KEYS

08 GJ 923

| Name of Assigned Judge or Magistrate Judge | JUDGE JOHN W DARRAH | Sitting Judge if Other than Assigned Judge | Magistrate Judge Nolan |
|---|---|---|---|
| CASE NUMBER | 08 CR 509 | DATE | August 26, 2008 |
| CASE TITLE | US v. DANIEL RODRIGUEZ and CARLOS GORDON | | |

MOTION: [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

## GRAND JURY PROCEEDING

SPECIAL FEBRUARY 2008-1

The Grand Jury for the _Nan R. Nolan_ session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge _____

DOCKET ENTRY:

BOND SET BY MAGISTRATE TO STAND AS BOND IN THIS INSTANCE IN 08 CR 509 AS TO DANIEL RODRIGUEZ. BOND SET BY MAGISTRATE TO STAND AS BOND IN THIS INSTANCE IN 08 CR 517 AS TO CARLOS GORDON.

FILED
08-26-08
AUG 2 6 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE OR MAGISTRATE JUDGE _____ (ONLY IF FILED UNDER SEAL)

- No notices required, advised in open court.
- No notices required.
- Notices mailed by judge's staff.
- Notified counsel by telephone.
- Docketing to mail notices
- Mail AO 450 form.
- Copy to judge/magistrate judge.

Courtroom Deputy Initials

Date/time received in Central Clerk's office

Number of notices
Date docketed
Docketing dpty. initials
Date mailed notice
Mailing dpty. initials

DOCKET #