FILED
08-26-08
AUG 2 6 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA )
)
v. ) No. 08 CR 509
) JUDGE JOHN W DARRAH
) MAGISTRATE JUDGE KEYS
)
DANIEL RODRIGUEZ, et al. )

GOVERNMENT'S DECLARATION REGARDING GRAND JURY
SUBPOENAS PURSUANT TO LOCAL CRIMINAL RULE 1.04(d)

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, pursuant to Rule 1.04(d) of the Local Criminal Rules for the Northern District of Illinois, states as follows:

No grand jury subpoenas were issued relating to the indictment returned in the above-captioned case.

Respectfully,

PATRICK J. FITZGERALD
United States Attorney

By: _____
SAMUEL B. COLE
Assistant U.S. Attorney
(312) 353-4258