UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No.  **08 CR 509** |
| v. | ) | |
| Daniel Rodriguez and | ) | Judge John W. Darrah |
| Carlos Gordon | ) | |

**ATTORNEY DESIGNATION**

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:   /s/ Anthony P. Garcia
**ANTHONY P. GARCIA**
Assistant United States Attorney
219 S. Dearborn Street, Suite 500
Chicago, IL  60604
(312) 469-6151

**CERTIFICATE OF SERVICE**

       The undersigned Assistant United States Attorney hereby certifies that in accordance with Federal Rules of Criminal Procedure 49 and 5, and Local Rule 5.5 and the General Order on Electronic Case Filing (ECF), the foregoing document:

**ATTORNEY DESIGNATION**

 was, on **August 27, 2008**,  served pursuant to the district court's ECF system as to ECF filers, if any, and a copy thereof was sent by First Class Mail to the individual identified below:

                              Respectfully submitted,

                              PATRICK J. FITZGERALD
                              United States Attorney

            By:    /s/ Anthony P. Garcia
                     **ANTHONY P. GARCIA**
                     Assistant United States Attorney
                     219 S. Dearborn Street, Suite 500
                     Chicago, IL  60604
                     (312) 469-6151